# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Jesus Montes Delgado__ No. __08mj1441__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __5/9/08__ and ended on __5/16/08__ ; ( )

_____ and ended on _____ . ( )

| 3161(h) | | |
|---|---|---|
| ✓ (1)(A) | Exam or hrg for mental or physical incapacity | A |
| ___ (1)(B) | NARA examination (28:2902) | B |
| ___ (1)(D) | State or Federal trials or other charges pending | C |
| ___ (1)(E) | Interlocutory appeals | D |
| ___ (1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) | E |
| ___ (1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F |
| ___ (1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___ (1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___ (1)(I) | Consideration by Court of proposed plea agreement | 7 |
| ___ (2) | Prosecution deferred by mutual agreement | I |
| ✓ (3)(A)(B) | Unavailability of defendant or essential witness _in haus_ | M |
| ___ (4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___ (5) | Period of NARA commitment or treatment | O |
| ___ (6) | Superseding indictment and/or new charges | P |
| ___ (7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___ (8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___ (8)(B)(I) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) | T1 |
| ___ | 2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | |
| ___ (8)(B)(ii) | 2) Case unusual or complex | T2 |
| ___ (8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days | T3 |
| ___ (8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 |
| ___ 3161(I) | Time up to withdrawal of guilty plea | U |
| ___ 3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date __5/9/08__ _____
Judge's Initials