'08 JUN -3 PM 2:14

KWH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 1796 --- JLS

| UNITED STATES OF AMERICA, | ) | Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(iv) - Inducing and Encouraging Illegal Aliens to Enter the United States |
| JESUS MONTES-DELGADO, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about February 8, 2008, within the Southern District of California, defendant JESUS MONTES-DELGADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Christine Guzman-Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

PJM:nlv:San Diego
6/3/08

Count 2

On or about February 8, 2008, within the Southern District of California, defendant JESUS MONTES-DELGADO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Christine Guzman-Lopez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

Count 3

On or about May 6, 2008, within the Southern District of California, defendant JESUS MONTES-DELGADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marina Isabel Gaspar-Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 4

On or about May 6, 2008, within the Southern District of California, defendant JESUS MONTES-DELGADO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Marina Isabel Gaspar-Lopez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: June 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney

3