UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>vs.<br><br>Jesus Montes-Delgado<br><br>      Defendant(s) | CRIMINAL NO. 08cr1796-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate Judge</u>,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Marina Isabel Gaspar-Lopez

DATED: 6/19/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk