| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | PETER J. MAZZA |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 239918 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5528/(619) 235-2757 (Fax) |
| | Email: peter.mazza@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8   UNITED STATES DISTRICT COURT

9   SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Case No. 08CR1796-JLS |
| | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 12 | | ) | |
| | v. | ) | |
| 13 | | ) | |
| | | ) | |
| 14 | JESUS MONTES-DELGADO, | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| | | ) | |
| 16 | _____ | ) | |

17

18   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20       I certify that I am admitted to practice in this court or authorized to practice under CivLR

21   83.3.c.3-4.

22       The following government attorneys (who are admitted to practice in this court or authorized

23   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

24   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

25   activity in this case:

26       <u>Name</u>

27       None

28   / / / /

    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

NONE

Please call me if you have any questions about this notice.

DATED: July 11, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/ Peter J. Mazza
                                              _____
                                              PETER J. MAZZA
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America
                                              Email: peter.mazza@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1796-W |
| Plaintiff, ) | |
| v. ) | Certificate of Service |
| JESUS MONTES-DELGADO, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. JULIE BLAIR, ESQ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008.

                                          s/ Peter J. Mazza
                                          PETER J. MAZZA